DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
ALONZO LANGERICA-RENTERIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-cr-00122-KJM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| ALONZO LANGERICA-RENTERIA, | Date:  June 9, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for ALONZO LANGERICA-RENTERIA, that the status conference hearing date of June 9, 2011 be vacated, and the matter be set for status conference on June 23, 2011 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to obtain records from Stanislaus County regarding one of Mr. Langerica-Renteria's prior convictions. After reviewing the Pre-Sentence Report with Mr. Langerica-Renteria, it came to counsel's attention that these records will be necessary in order to accurately advise him regarding the calculation of his guidelines range.  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 23, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable

time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 6, 2011            Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Attorney for Defendant
ALONZO LANGERICA-RENTERIA

DATED: June 6, 2011            BENJAMIN B. WAGNER
United States Attorney

/s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 9, 2011 status conference hearing be continued to June 23, 2011, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the June 23, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 7, 2011.

UNITED STATES DISTRICT JUDGE

2